IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:18-cr-00602-JM-1

DAVID LENORRIS COOPER     DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

On May 20, 2021, defendant David Lenorris Cooper was sentenced to 120 months imprisonment, to be followed by three (3) years supervised release, and $100 special assessment. The defendant appealed the sentence. On December 21, 2021, the Eighth Circuit Court of Appeals remanded the case for the narrow purpose of amending Special Conditions 18 and 19 of Cooper's conditions of supervised release. The mandate was entered on January 20, 2022.

IT IS THEREFORE ORDERED that the Judgment & Commitment Order entered on May 20, 2021, is hereby amended as to the following Special Conditions of supervised release:

18) The defendant must not enter adult bookstores, strip clubs, or adult sex-themed entertainment businesses, or any establishments whose primary business involves sex-themed material or entertainment.

19) The defendant must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256) including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256), or any other material that would compromise the defendant's sex offense-specific treatment if the defendant is so notified by the probation office.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this __24__ day of January 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE